IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD HAYWOOD PAYNE, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-5054 |
| | : | |
| METROPOLITAN BALA APARTMENTS, et al. | : | |

## ORDER

AND NOW, this 29th day of July, 2024, pro se Plaintiff Edward Haywood Payne, Jr. having filed a complaint in this action on December 15, 2023, but having failed to file proof of service demonstrating Defendants Metropolitan Bala Apartments and Metropolitan Management have been served, or to comply with this Court's June 6, 2024 Order directing him to do so, it is ORDERED this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).[1]

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiff filed the complaint in this action on December 15, 2023, and the 90-day period in which to serve Defendants therefore expired on March 14, 2024. Because Plaintiff had not yet submitted proof of service to the Court, as required by Rule 4(*l*), on June 6, 2024, the Court issued an Order granting him until July 8, 2024 to either do so or show cause why this action should not be dismissed without prejudice pursuant to Rule 4(m). The Order noted that failure to respond within the time permitted could result in dismissal of this action without prejudice. Because Plaintiff still has not submitted proof of service, this action is dismissed without prejudice for failure to serve.